UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TRACY TAUB,<br>on behalf of plaintiff and others<br>similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>PNC BANK NATIONAL<br>ASSOCIATION d/b/a CLC<br>CONSUMER SERVICES CO.,<br><br>        Defendant. | Honorable Avern Cohn<br><br>Case No. 2:16-cv-14340 |

## **STIPULATED ORDER OF DISMISSAL**

Plaintiff Tracy Taub and Defendant PNC Bank, N.A, having executed a Settlement Agreement fully resolving this matter as between them, the parties hereby stipulate to the entry of this Order of Dismissal, as evidenced by the signature of their respective counsel below. In light of same and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiff Tracy Taub's individual claims against Defendant PNC Bank, N.A. are dismissed with prejudice; that the class claims against Defendant PNC Bank, N.A. are dismissed with without prejudice; and that each party shall bear its own costs and fees.

Dated: March 21, 2017                                  S/Avern Cohn

                                                                                 Honorable Avern Cohn
                                                                                 U.S. District Court Judge

/s/ Cathleen Combs
Cathleen Combs
EDELMAN, COMBS,
LATTURNER & GOOWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
ccombs@edcombs.com
*Attorney for Plaintiff*


/s/ Jason M. Renner
Jason M. Renner (P74476)
DINSMORE & SHOHL LLP
900 Wilshire Drive, Suite 300
Troy, MI 48084
(248) 203-1632
jason.renner@dinsmore.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

  I, Cathleen M. Combs, hereby certify that on March 20, 2017, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of the United States District for the Eastern District of Michigan by filing through the CM/ECF system, which served a copy upon all counsel of record.

                /s/ Cathleen M. Combs
                Cathleen M. Combs

Cathleen Combs
EDELMAN, COMBS,
LATTURNER & GOOWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
ccombs@edcombs.com
*Attorney for Plaintiff*